598 A.2d 877

STATE OF NEW JERSEY v. JAMES A. BRACY.

June 27, 1991.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in accordance with *State v. Baylass*, 114 *N.J.* 169, 553 *A*.2d 326 (1989).

Jurisdiction is not retained.

598 A.2d 877

STATE OF NEW JERSEY v. JESUS QUINTANA.

July 9, 1991.

Petition for certification granted, limited to the issue of the merger of the conviction under *N.J.S.A.* 2C:35–5a into that under *N.J.S.A.* 2C:35–7; and it is further

ORDERED that the matter is summarily remanded to the Law Division for resentencing in accordance with *State v. Gonzalez*, 123 *N.J.* 462, 588 *A*.2d 816 (1991).

Jurisdiction is not retained.